**UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE**

<u>Mohamed Daoud</u>

    v.                                               Civil No. 11-cv-004-JL

<u>James O'Mara, Superintendent,</u>
<u>Hillsborough County Department</u>
<u>of Corrections, et al.</u>

**O R D E R**

Mohamed Daoud has filed a "Motion for Injunctive Relief" (doc. no. 2) alleging that he is being denied necessary medication for his serious mental health needs, and that he is being retaliated against by officers at the Hillsborough County House of Corrections ("HCHC") in a manner that threatens his health and safety. The matter has been referred to me by the District Judge for consideration and a recommendation (doc. no. 5).

I direct the Clerk's Office to schedule a hearing on Daoud's motion on Thursday, January 13, 2011, at 10:30 a.m. Daoud is to be transported from the HCHC for the hearing. The Clerk's Office is further directed to send a copy of the complaint (doc. no. 1), motion for injunctive relief (doc. no. 2), and this order, to defendants James O'Mara and Denise Ryan at the Hillsborough County Department of Corrections, 445 Willow Street, Manchester, New Hampshire, 03103.

Defendants are directed to provide this Court with a copy of all of Daoud's medical and mental health records in the possession of the HCHC by January 11, 2011. This record is to include the HCHC's own records, the records the HCHC has in its possession from the New Hampshire State Prison, and the records the HCHC has in its possession from any other jail or other source where Daoud has been treated for the last two years. Defendants are further instructed to provide Daoud with a copy of the medical records submitted to the Court by that date.  The medical records will be filed here under seal.

**SO ORDERED.**

_____
Landya B. McCafferty
United States Magistrate Judge

Date:  January 7, 2011

cc:   Mohamed Daoud, pro se
      James O'Mara, Superintendent, HCHC
      Denise Ryan, Medical Supervisor, HCHC