UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Mohamed Daoud

           v.                         Civil No. 11-cv-4-JL

Hillsborough County Department of Corrections, Superintendent

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated 2/28/2011.

On March 4, 2011, the clerk's office received an uncaptioned document filed by the plaintiff that appears to be an attempt to respond to Magistrate Judge McCafferty's report and recommendation dated February 28, 2011. To the extent that pleading was intended as an "objection" to that report and recommendation, see Fed. R. Civ. P. 72(b), the objection is denied and the report and recommendation is approved. To the extent that pleading was intended to be a request for permissions to take an interlocutory appeal, see 28 U.S.C. § 1292; Fed. R. App. P. 5(a), the court declines to certify the appeal as the order at issue does not involve a controlling question of law as to which there is substantial grounds

for difference of opinion and an immediate appeal would not materially advance the ultimate termination of the litigation.

SO ORDERED.


March  11, 2011                  /s/ *Joseph N. Laplante*
                                                   Joseph N. Laplante
                                                   United States District Judge


cc:    Mohamed Daoud
        Carolyn M. Kirby, Esq.