UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Mohamed Daoud

v.                                                                                        Civil No. 11-cv-004-JL

Hillsborough County Department of Corrections, Superintendent et al

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated February 14, 2011, no objection having been filed.

SO ORDERED.

March 23, 2011                                            _____
                                                                    Joseph N. Laplante
                                                                    United States District Judge

cc:   John A. Curran, Esq.
        Carolyn M. Kirby, Esq.
        Mohamed Daoud, Pro se