UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Mohamed Daoud

    v.                                         Civil No. 11-cv-004-JL

James O'Mara et al.

### REPORT AND RECOMMENDATION

    For the reasons stated on the record at the July 7, 2011, hearing on Daoud's motion for a preliminary injunction (doc. no. 43), the court recommends the motion be denied. The transcript of the court's oral ruling is attached to this report and recommendation as Appendix A.

    Any objections to this Report and Recommendation must be filed within fourteen (14) days of receipt of this notice. See Fed. R. Civ. P. 72(b)(2). Failure to file objections within the specified time waives the right to appeal the district court's order. See Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010); United States v. Lugo Guerrero, 524 F.3d 5, 14 (1st Cir. 2008).

                                            _____
                                            Landya B. McCafferty
                                            United States Magistrate Judge

Date: July 7, 2011

cc:  Mohamed Daoud, pro se
     Carolyn Kirby, Esq.
     John Curran, Esq.