UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Mohamed Daoud</u>

       v.          Civil No. 11-cv-004-JL

<u>Hillsborough County Department of Corrections, Superintendent et al</u>

<u>O R D E R</u>

  I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated June 20, 2011, no objection having been filed.

  SO ORDERED.

July 19, 2011            _____
                  Joseph N. Laplante
                  United States District Judge

cc: Mohamed Daoud, Pro se
   Carolyn M. Kirby, Esq.
   John A. Curran, Esq.