UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Mohamed Daoud

                v.                              Civil No. 11-cv-4-JL

Hillsborough County Department of Corrections, Superintendent et al

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated July 7, 2011, no objection having been filed.

SO ORDERED.

August 8, 2011

_____
Joseph N. Laplante
United States District Judge

cc: Mohamed Daoud, Pro se
     Carolyn M. Kirby, Esq.
     John A. Curran, Esq.